**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DISABLED PATRIOTS OF AMERICA,
et. al.,

       Plaintiffs,                        CASE NO. 04-CV-60258-DT

v.                                     HON. MARIANNE O. BATTANI

ROMULUS NIGHTS, INC.,

       Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING IN PART AND GRANTING IN PART PLAINTIFFS' VERIFIED APPLICATION FOR FEES, COSTS, AND EXPERT FEES**

On November 23, 2004, plaintiffs filed suit alleging that defendant violated the American with Disabilities Act (ADA). On May 17, 2005, the parties stipulated to the entry of a consent decree. On May 23, 2005, this Court entered an order approving the consent decree. Plaintiffs then filed a verified application for fees, costs, and expert fees on June 9, 2005.

On November 22, 2005, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation (R& R) denying in part and granting in part the request. Plaintiffs have filed no objections to Magistrate Judge Majzoub's Report and Recommendation and have thereby waived their rights to object to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1 (d)(2).

1

Accordingly, this Court adopts Magistrate Judge Majzoub's Report and Recommendation in its entirety, and **DENIES IN PART AND GRANTS IN PART** plaintiffs' application for fees, costs, and expert fees.

**IT IS SO ORDERED**.

DATE: December 16, 2005

                                        s/Marianne O. Battani
                                        MARIANNE O. BATTANI
                                        UNITED STATES DISTRICT JUDGE